## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: Edward J. White, II and Chassity D. White: d/b/a Little Bear's Child Care | : | Bky# 13-25171 |
| Debtor | : | |
| Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc, its successors and assigns | : : : | Chapter 13 Docket No. 82 |
| Movant | : | Hearing Date & Time: 9/28/2016 at 10:00 AM |
| v. | : | Response Due Date:   9/13/2016 |
| Edward J. White, II and Chassity D. White d/b/a Little Bear's Child Care | : : | |
| Respondent and Ronda J. Winnecour, Trustee Additional Respondent | | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO DISBURSE UNCLAIMED FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Disburse Unclaimed Funds filed and served on August 11, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Disburse Unclaimed Funds appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Disburse Unclaimed were to be filed and served no later than September 13, 2016.

It is hereby respectfully requested that the Order attached to the Motion to Disburse Unclaimed be entered by the Court.

Dated:  9/14/2016

By:     **/s/Jeniece D. Davis**
**Jeniece D. Davis, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**(610)328-2887 ext 16**
**Jeniece@mvrlaw.com**
**Attorney I.D. #208967**