```
                                                                FILED
                                                                9/15/16 11:40 am
                                                                CLERK
                UNITED STATES BANKRUPTCY COURT                  U.S. BANKRUPTCY
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA             COURT - WDPA
```

| | | |
|---|---|---|
| In Re: Edward J. White, II, and Chassity D. White | : | BANKRUPTCY NO. 13-25171 |
| d/b/a Little Bear's Child Care | : | CHAPTER 13 |
| Debtors | : | |
| Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. | : | Related to Dkt. No. 85 |
| (Movant) | : | |
| v. | : | |
| Edward J. White, II, and Chassity D. White d/b/a Little Bear's Child Care | | |
| (Respondents) | | |
| Ronda J. Winnecour | | |
| (Trustee) | | |

### DEFAULT ORDER ON MOTION TO DISBURSE UNCLAIMED FUNDS

This 15th Day of September, 2016, upon default, no response objecting to the Motion having been timely filed by an interested party and upon Movant's Certification of Service and Certification of Default, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests unclaimed funds being held by the court in the amount of $6,803.94 to be disbursed to Movant for application to the mortgage loan for the property located at 905 Mapletown Road, Greensboro, PA 15338.

Movant shall, within five (5) days hereof, serve a copy of the within order on parties of interest and file a certificate of service.

HONORABLE JUDGE BOHM jah

Jeniece D. Davis, Esquire
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
P.O. Box 307
Secane, PA 19018

Daniel R. White, Esquire
Zebley, Mehalov &White, P.C.

18 Mill Street Square
P.O. Box 2123
Uniontown, PA  15401

Ronda J. Winnecour, Trustee
600 Grant Street
Suite 3250, USX Tower
Pittsburgh, PA 15219

Office of the U.S. Trustee
1001 Liberty Center, Suite 970
Pittsburgh, PA 15222

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Edward J. White, II  
Chassity D. White  
       Debtors

Case No. 13-25171-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Sep 15, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.  
db/jdb      +Edward J. White, II,   Chassity D. White,  905 Mapletown Road,  Greensboro, PA 15338-1039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:

      Andrew F Gornall    on behalf of Creditor    Federal National Mortgage Association  
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION  
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us  
      Daniel R. White    on behalf of Debtor Edward J. White, II dwhite@zeblaw.com,  
       michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com  
      Daniel R. White    on behalf of Joint Debtor Chassity D. White dwhite@zeblaw.com,  
       michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com  
      Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for  
       Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc  
       jeniece@mvrlaw.com, bonnie@mvrlaw.com  
      Jennifer M. Irvin    on behalf of Creditor    Commonwealth of PA Dept of Labor & Industry  
       Unemployment Compensation Fund jeirvin@pa.gov, jeirvin@pa.gov  
      Jennifer M. Irvin    on behalf of Creditor    Commonwealth Of Pennsylvania, Department of Labor and  
       Industry, Unemployment Compensation Fund jeirvin@pa.gov, jeirvin@pa.gov  
      Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,  
       Internal Revenue Service jill.locnikar@usdoj.gov,  
       patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue  
       redmundson@attorneygeneral.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                   TOTAL: 13