## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward J. White, II and Chassity D. White d/b/a Little Bear's Child Care : | |
| Debtor : | CHAPTER 13 |
| Seterus, Inc. as the authorized subservicer for : Federal National Mortgage Association : ("Fannie Mae"), creditor c/o Seterus, Inc, its : successors and assigns : | BANKRUPTCY NO. 13-25171 |
| Movant, : | |
| v. : | |
| Edward J. White, II and Chassity D. White : d/b/a Little Bear's Child Care | |
| Respondent | |
| Ronda J. Winnecour, Trustee | |
| Additional Respondent | |

## CERTIFICATION OF SERVICE

**JENIECE D. DAVIS, ESQUIRE**, attorney for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc, the Movant herein, hereby certifies that true and correct copies of the foregoing Order on Motion to Reopen Bankruptcy have been served by first class mail, postage prepaid, on the persons listed below:

Daniel R. White, Esquire
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour
600 Grant Street
Suite 3250, USX Tower
Pittsburgh, PA 15219

Chassity White and Edward White
905 Mapletown Road
Greensboro, PA 15339

Dated: 9/19/2016

**/s/Jeniece D. Davis**
**Jeniece D. Davis, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**(610)328-2887 Ext. 16**
**Jeniece@mvrlaw.com**
**Attorney I.D. #208967**