**UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Edward J. White, II and Chassity D. White d/b/a Little Bear's Child Care : | |
| Debtor : | CHAPTER 13 |
| Seterus, Inc. as the authorized subservicer for : Federal National Mortgage Association : ("Fannie Mae"), creditor c/o Seterus, Inc, its : successors and assigns : | BANKRUPTCY NO. 13-25171 |
| Movant, : | |
| v. : | |
| Edward J. White, II and Chassity D. White : d/b/a Little Bear's Child Care | |
| Respondent | |
| Ronda J. Winnecour, Trustee | |
| Additional Respondent | |

**CERTIFICATION OF SERVICE**

**JENIECE D. DAVIS, ESQUIRE**, attorney for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc, the Movant herein, hereby certifies that true and correct copies of the foregoing Order on Motion to Disburse Funds have been served by first class mail, postage prepaid, on the persons listed below:

Daniel R. White, Esquire                  Ronda J. Winnecour
18 Mill Street Square                     600 Grant Street
P.O. Box 2123                             Suite 3250, USX Tower
Uniontown, PA 15401                       Pittsburgh, PA 15219

Chassity White and Edward White
905 Mapletown Road
Greensboro, PA 15339

Dated: 9/19/2016

                                        **/s/Jeniece D. Davis**
                                        **Jeniece D. Davis, Esquire**
                                        **Martha E. Von Rosenstiel, P.C.**
                                        **649 South Avenue, Unit 6**
                                        **Secane, PA 19018**
                                        **(610)328-2887 Ext. 16**
                                        [Jeniece@mvrlaw.com](mailto:Jeniece@mvrlaw.com)
                                        **Attorney I.D. #208967**